## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

STEVEN WILLIS,               )
                            )
        Petitioner,          )
                            )
      v.                   )       No. 4:15CV01275 ERW
                            )
UNITED STATES OF AMERICA,   )
                            )
        Respondent.     )

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Steven Willis's Motion for Appointment of New Counsel [ECF No. 30]. In his motion, Petitioner states he asked his counsel to object to him being an armed career criminal and for his sentencing transcripts, neither of which he believes has occurred. He also would like his case to be stayed pending a decision by the Eighth Circuit in *United States v. Naylor*.

Petitioner's motion for new counsel will be denied. His counsel has argued he is no longer an armed career criminal in the amended motion filed on his behalf. Additionally, no sentencing transcripts were filed in his criminal case. Lastly, the Court stayed this matter on July 11, 2017, pending a decision from the Eighth Circuit in *United States v. Naylor*.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Steven Willis's Motion for Appointment of New Counsel [ECF No. 30] is **DENIED.**

Dated this 11th day of September, 2017.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE

1